1  APPLETON LAW GROUP, APC
   HEATHER APPLETON, Bar No. 162283
2  CHERRYL F. CERCADO, Bar No. 249990
   2101 Rosecrans Avenue, Suite 4240
3  El Segundo, California  90245
   Telephone:  (310) 474-7022
4  Facsimile:  (310) 474-7023
   happleton@appletonlg.com
5  ccercado@appletonlg.com

6  Attorneys for Plaintiff
   JEFFREY HAMILTON
7

8  LITTLER MENDELSON, P.C.
   TANJA L. DARROW, Bar No. 175502
9  HEATHER L. SHOOK, Bar No. 268716
   633 West Fifth Street, 63rd Floor
10 Los Angeles, California  90071
   Telephone:  213.443.4300
11 Facsimile:   213.443.4299
   TDarrow@littler.com
12 HShook@littler.com

13 Attorneys for Defendant
   TARGET CORPORATION

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY HAMILTON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota corporation; and DOES 1-50 inclusive,<br><br>　　　　　Defendants. | 2:14-cv-05011-PA-ASx<br><br>CASE FILED:   3/3/14<br><br>ASSIGNED FOR ALL PURPOSES TO HONORABLE PERCY ANDERSON, COURTROOM NO. 15<br><br>**ORDER RE STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>[Fed. Rule of Civ. Pro. 41(a)(l)]<br><br>DISCOVERY CUT-OFF:     2/23/15<br>TRIAL DATE:                         5/5/15 |

{CLIENT FILES/HAMI01/001/00057981.DOCX}

| | |
|---|---|
| JEFFREY HAMILTON,<br><br>                     Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota corporation; and DOES 1-50 inclusive,<br><br>                     Defendants. | 2:14-cv-05011-PA-ASx<br><br>CASE FILED:   3/3/14<br><br>ASSIGNED FOR ALL PURPOSES TO HONORABLE PERCY ANDERSON, COURTROOM NO. 15<br><br>**ORDER RE STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>**[Fed. Rule of Civ. Pro. 41(a)(l)]** |

## **ORDER**

Based on the Parties' joint stipulation for dismissal pursuant to Federal Rule of Civil Procedure 41(a), and good cause having been shown, the Court Orders that the above captioned action is hereby dismissed with prejudice as to all claims and causes of action in its entirety. Each side to bear his or its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: January 29, 2015

_____
THE HON. PERCY ANDERSON
UNITED STATES DISTRICT COURT JUDGE

JS-6